UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 0 6 2005 ★
BROOKLYN OFFICE

JUDGMENT
04-CV-5109 (NGG)

GERARD NAPOLITANO,

                Petitioner,

-against-

MICHAEL ZENK, Warden, et al.,

                Respondents.
------------------------------------------------------------------X

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 27, 2005, denying petitioner's petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that petitioner's petition for a writ of habeas corpus is denied.

Dated: Brooklyn, New York
       June 02, 2005

                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court